**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **OTIS FRENCH, SR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 1:24-00265-JB-B** |
| | ) | |
| **THE CITY OF BAY MINETTE, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

This action is before the Court on Defendants' Motion for Leave to Seal Document (Doc. 13) and Defendants' Motion to Dismiss (Doc. 16). Plaintiff is **ORDERED** to respond to the Defendants' Motion for Leave to Seal Document (Doc. 13) not later than **September 3, 2024** and Defendant may file a reply not later than **September 10 ,2024.** The motion for leave to seal will be taken under submission on **September 11, 2024.** Additionally, Plaintiff is **ORDERED** to respond to the Defendants' Motion to Dismiss (Doc. 16) not later than **September 10, 2024** and Defendant may file a reply not later than **September 17, 2024**. The motion for dismissal will be taken under submission on **September 18, 2024.**

 **DONE and ORDERED** this 27th day of August, 2024.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE