IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **OTIS FRENCH, SR.,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION NO. 1:24-00265-JB-B |
| **THE CITY OF BAY MINETTE, et al.,** | ) |
| **Defendants.** | ) |

## ORDER

Upon consideration of Plaintiff's Unopposed Motion for an Extension of Time to Respond to Defendants City of Bay Minette and Brandon Thompson's Motion to Dismiss Complaint and Motion for Leave to File Documents Under Seal (Doc. 20), it is hereby **GRANTED**. Plaintiff is **ORDERED** to respond to the Defendants' Motion for Leave to Seal Document (Doc. 13) not later **September 24, 2024** and Defendants may file a reply not later than **October 1, 2024.** The motion for leave to seal will be taken under submission on **October 2, 2024.** Additionally, Plaintiff is **ORDERED** to respond to the Defendants' Motion to Dismiss (Doc. 16) not later than **October 1, 2024** and Defendants may file a reply not later than **October 8, 2024**. The motion for dismissal will be taken under submission on **October 9, 2024.**

**DONE and ORDERED** this 28th day of August, 2024.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE