**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **OTIS FRENCH, SR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 1:24-00265-JB-B** |
| | ) | |
| **THE CITY OF BAY MINETTE, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

The Court sets Defendants' Motion for Leave to Seal Document (Doc. 13) and Defendants' Motion to Dismiss (Doc. 16) for hearing before District Judge Jeffrey U. Beaverstock in US Courthouse, Courtroom 4A, 155 St. Joseph Street, Mobile, AL on **November 6, 2024 at 9:30 a.m. (CST).**

**DONE and ORDERED** this 15th day of October, 2024.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE