IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **OTIS FRENCH, SR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:24-00265-JB-B |
| | ) |
| **THE CITY OF BAY MINETTE, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

This matter is before the Court on Defendants' Motion for Leave to Seal Document (Doc. 13) and Defendants' Motion to Dismiss (Doc. 16). The Court conducted a hearing on November 6, 2024, at which counsel for Plaintiff and Defendants appeared and argued. Upon due consideration of the filings and the oral arguments of the parties, and for the reasons stated on the record at the hearing, the Court is persuaded that Plaintiff should be given an opportunity to review and analyze the metadata of the video evidence submitted with Defendants' motions before ruling on those motions. Plaintiff should also be given an opportunity to amend the complaint. As such, Plaintiff is given ninety (90) days to review and analyze the video and to file an amended complaint. Additionally, the Parties are ORDERED to file a joint report on or before January 1, 2025, notifying this Court of the status of this action.

**DONE and ORDERED** this 6th day of November, 2024.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE