# EXHIBIT A

# EXHIBIT A

 Outlook

## RE: French BWC/Dash Cam

**From** arutens gallowayllp.com <arutens@gallowayllp.com>
**Date** Thu 11/21/2024 2:03 PM
**To** Je Yon Jung <jeyon@mayjung.com>; mhunter gallowayllp.com <mhunter@gallowayllp.com>
**Cc** Jaeun Wakeling <Jaeun@mayjung.com>

So sorry for the delay. We have requested the data and will provide it upon receipt. I will follow up and see when I can expect it.

Andrew J. Rutens, Esq.
Galloway, Wettermark,
& Rutens LLP
3263 Cottage Hill Rd
Mobile, AL 36609
(251) 476-4493
http://gallowayllp.com



The contents of this e-mail and any attachements are intended soley for the addressee(s) named in this message and are covered by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

**From:** Je Yon Jung <jeyon@mayjung.com>
**Sent:** Thursday, November 21, 2024 3:58 PM
**To:** arutens gallowayllp.com <arutens@gallowayllp.com>; mhunter gallowayllp.com <mhunter@gallowayllp.com>
**Cc:** Jaeun Wakeling <Jaeun@mayjung.com>
**Subject:** Re: French BWC/Dash Cam

Good afternoon Andy

This is the 3rd email that I have sent to you and have not received a response. Can you please confirm receipt and let me know when you anticipate responding? As you know, the Court asked us to work together to ensure that our expert has the necessary metadata to conduct his analysis and with the upcoming holidays, I would like to give him sufficient time to do so before our status report on January 1, 2025.

Thank you for your anticipated cooperation,

Je Yon

**Je Yon Jung**
(She,her,hers)
**Founding Partner**
**May | Jung, LLP**

333 City Blvd. West
Suite 327
Orange, CA 92868

✎ 202-618-8282 (fax)

📞 818-869-6476 (direct)

✉ Jeyon@mayjung.com

➤ www.mayjung.com

*"Justice for our people is personal!"*



CONFIDENTIALITY NOTICE:

*The contents of this email message and any attachments are from a law firm and intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited. Finally, the recipient should check this email and any attachments for the presence of viruses. The firm accepts no liability for any damage or loss caused by any virus transmitted by this email.*

---

**From:** Je Yon Jung <jeyon@mayjung.com>
**Sent:** Monday, November 11, 2024 3:17 PM
**To:** arutens gallowayllp.com <arutens@gallowayllp.com>; mhunter gallowayllp.com <mhunter@gallowayllp.com>
**Cc:** Jaeun Wakeling <Jaeun@mayjung.com>
**Subject:** Re: French BWC/Dash Cam

Good morning Andy and Melissa

Resending the below request to the top of your mailbox for a response.

I was also able to obtain further information from our forensic expert who identified two documents that Defendants should be able to produce with respect to the bwc and may address items listed in #1 below.

The documents we are specifically looking for are: 1. Evidence audit trail; and 2. Device audit trail. These two documents should be readily available as part of the metadata on the bwc from Bay Minette.

Thank you for your prompt attention to this matter,

Je Yon


**Je Yon Jung**
(She,her,hers)
**Founding Partner**
**May | Jung, LLP**

333 City Blvd. West
Suite 327
Orange, CA 92868

202-618-8282 (fax)

818-869-6476 (direct)

Jeyon@mayjung.com

www.mayjung.com

*"Justice for our people is personal!"*



CONFIDENTIALITY NOTICE:

*The contents of this email message and any attachments are from a law firm and intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited. Finally, the recipient should check this email and any attachments for the presence of viruses. The firm accepts no liability for any damage or loss caused by any virus transmitted by this email.*

**From:** Je Yon Jung
**Sent:** Thursday, November 7, 2024 10:48 AM
**To:** arutens gallowayllp.com <arutens@gallowayllp.com>; mhunter gallowayllp.com <mhunter@gallowayllp.com>
**Cc:** Jaeun Wakeling <Jaeun@mayjung.com>
**Subject:** French BWC/Dash Cam

Good morning Andy and Melissa

It was nice to meet both of you in person yesterday. As the Court ordered, we are to discuss the BWC/Dash camera footage. Thank you for agreeing to check with your clients on the videos that were produced to us and that metadata was included. The following items would be necessary to ensure that we are able to do the forensic review necessary before the Court's deadline:

1. Confirm that bwc/video was produced with ALL metadata. As I took a look at the video properties and data, it did not appear to have:

    a. original download dates

    b. Size and data of original download

    c. Parties/computer where it was originally downloaded

    d. Edits or changes to videos (whether naming, location, and/or actual video content)

    e. There may be other metadata pieces that I am missing that our forensic expert will identify.

2. Please also provide the make and model of the dash and bwc

3. During our viewing of the videos, BCSO/MCU investigator Andre Reid represented that there was a "malfunction" (which is different from your representation to the Court yesterday). Importantly, Mr. Reid also stated that he/BCSO had reached out to Motorola about the malfunction for their assistance as well. Please provide any communications and or information that was provided to and/or received from Motorola regarding Mr. Reid's inquiry, including the Motorola POC.

4. Please also provide any information you may have regarding the alternative representation that it was turned "on" and "off" and any metadata related to that.

5. The video clips that we saw at BCSO had different stamps than the ones submitted to the Court. For example, some of my notes identified a video stamp number of "102528" et seq. And later "102541" when the video goes black, but audio is still available. The videos you submitted to the Court do not appear to be the same versions that we were show at BCSO. Can you please provide the very same videos that were shown to us by BCSO?

Thank you very much for your assistance,

Je Yon

**Je Yon Jung**
(She,her,hers)
**Founding Partner**
**May | Jung, LLP**

333 City Blvd. West
Suite 327
Orange, CA 92868

202-618-8282 (fax)

818-869-6476 (direct)

 Jeyon@mayjung.com

www.mayjung.com



*"Justice for our people is personal!"*

CONFIDENTIALITY NOTICE:

*The contents of this email message and any attachments are from a law firm and intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited. Finally, the recipient should check this email and any attachments for the presence of viruses. The firm accepts no liability for any damage or loss caused by any virus transmitted by this email.*

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

# EXHIBIT B

# EXHIBIT B



**LaRuby May**, Partner, DC, FL
**Je Yon Jung**, Partner, DC, CA
**Jessica H. Meeder**, Senior Counsel, MD, DC, CO
www.mayjung.com
Main (202) 938.3524
Fax (202) 618.8282

Je Yon Jung
jeyon@mayjung.com
(818) 869-6476

December 19, 2024

**Via Electronic Mail:**
Andrew Rutens
3263 Cottage Hill Road
PO Box 16629
Mobile, AL 36616-0629
arutens@gallowayllp.com

*RE: BWC Metadata, French v. City of Bay Minette, 1:24-cv-00265-JB-B*

Dear Mr. Rutens:

    We are in receipt of the download related to your client's body worn camera metadata and files produced on November 27, 2024. However, we note that there are a number of additional items that were either missing and/or deleted that are necessary for the complete review of the related metadata. Please produce the following additional items as soon as possible so that we can provide a complete update to the Court on January 1, 2025, per the Judge's Order:

1. The "communications" to and from Motorola about the "problem" referenced in the MCU Lead Sheet;
2. The link to the "secure download webpage for WATCHGUARD CLOUD-SHARE" as referenced in the MCU Lead Sheet;
3. The actual "CD containing body camera video" as referenced in the MCU Lead Sheet;
4. Complete and unedited access to "View Audit Log" link[1] in the Table of Contents for the WATCHGUARD video player for Kelly, Thompson x 2, and Baker;
5. Complete and unedited access to *all* of the contents contained in each of the Audit Logs identified in No. 4 above, including, but not limited to .mp4 video files, audio files, text files, etc.
6. Any proprietary playback or other software from WatchGuard (e.g., "WatchGuard Video Player"); and
7. Any device activity audit logs or documents, which specify recording start and stop activities, power losses, etc.

---

[1] We note that this audit log link was available on or about November 27, 2024, but has since been "removed" and our access denied. Please reinstate access and provide complete and unedited access to all contents.

  Please provide these additional items as soon as possible, but no later than December 30, 2024, to allow us to provide the Court with a complete joint status report on January 1, 2025, per his Order. If you have any questions, do not hesitate to contact me at (818) 869-6476 or jeyon@mayjung.com.

              Sincerely,

              Je Yon Jung
              MAY JUNG LLP

# EXHIBIT C

# EXHIBIT C

## mhunter gallowayllp.com

| | |
|---|---|
| **From:** | mhunter gallowayllp.com |
| **Sent:** | Monday, December 30, 2024 3:24 PM |
| **To:** | 'Je Yon Jung' |
| **Cc:** | arutens gallowayllp.com |
| **Subject:** | French v. Bay Minette et al |
| **Attachments:** | 20241230_161948.pdf |

Good afternoon,

Attached is written correspondence related to your letter from earlier this month. I had our IT professional come over and look at the issue with the audit log link. As stated in the letter, you will need to make sure that all of the data from the file is extracted. Once that is done, you should be able to access the Table of Contents and full audit log for each video. If you continue to have issues with the logs please let me know.

Happy New Year,

Melissa Hunter

Melissa P. Hunter
Galloway, Wettermark and Rutens LLP
3263 Cottage Hill Road
P.O. Box 16629
Mobile, AL 36616
Phone: 251-476-4493
Fax: 251-479-5566

# GALLOWAY WETTERMARK & RUTENS, LLP

ROBERT M. GALLOWAY
LAWRENCE M. WETTERMARK*
ANDREW J. RUTENS**
J. WILLIS GARRETT, III
MELISSA P. HUNTER
DAVID F. WALKER
EDWARD T. OVERTON, SR.

FLORENCE KESSLER, OF COUNSEL

* ALSO ADMITTED IN MISSISSIPPI
** ALSO ADMITTED IN FLORIDA

ATTORNEYS AT LAW

3263 COTTAGE HILL ROAD (36606)
P.O. BOX 16629
MOBILE, ALABAMA 36616-0629

Telephone: [251] 476-4493
Fax: [251] 479-5566

December 30, 2024

Je Yon Jung
May Jung LLP
333 City Blvd. West
Suite 327
Orange, CA 92868
jeyon@mayjung.com

   Re: Otis French, Sr., as Personal Representative of the Estate of Otis French, Jr. vs. City of Bay Minette Police Dept.; Brandon Thompson, et al
     AMIC Claim No: 058288AG
     U.S. District Court Civil Action No. 1:24-cv-00265-JB-B
     GWR File No.: 22-1729

Dear Ms. Jung:

  I received your letter from December 19, 2024 regarding the bodyworn camera metadata and provide the following corresponding responses to your requests:

1. Copies of the referenced communications are being produced.
2. A copy of the email wherein the link was provided is being produced. As indicated in the email that was forwarded to us, the link has since expired.
3. We have requested the referenced CD from Richard Gringas with the Major crimes Unit and it will be provided upon receipt.
4. I have confirmed that the link that we previously sent is working. Note that the file was sent as a zip file. You will have to right click on the "Lead 5 Dash and Body Cam Video" folder and select "extract all...". This will create a new folder.
5. All contents of the bodyworn camera files are contained in the Lead 5 folder.
6. We are not in possession of any additional proprietary playback software other than the software contained in the Lead 5 folder.
7. The only activity logs in the City's possession are the audit logs that were previously provided. You should be able to access these once the data is extracted.

Page 2
December 30, 2024

---

      If you have additional questions, please feel free to reach out to me.

                                      Sincerely, I am

                                      MELISSA P. HUNTER
                                      For the Firm

MPH/mph

# EXHIBIT D

# EXHIBIT D

**mhunter gallowayllp.com**

| | |
|---|---|
| **From:** | mhunter gallowayllp.com |
| **Sent:** | Wednesday, November 27, 2024 11:05 AM |
| **To:** | 'Je Yon Jung' |
| **Cc:** | arutens gallowayllp.com |
| **Subject:** | French v. Bay Minette |
| **Attachments:** | 20241127_120249.pdf |

Good morning,

Please find attached correspondence from Andy Rutens regarding the footage to be produced in the French case. I'm working on it now and should have it to you in the next two hours.

Thanks,

Melissa Hunter

Melissa P. Hunter
Galloway, Wettermark and Rutens LLP
3263 Cottage Hill Road
P.O. Box 16629
Mobile, AL 36616
Phone: 251-476-4493
Fax: 251-479-5566

1

# GALLOWAY WETTERMARK & RUTENS, LLP

ROBERT M. GALLOWAY
LAWRENCE M. WETTERMARK*
ANDREW J. RUTENS**
J. WILLIS GARRETT, III
MELISSA P. HUNTER
DAVID F. WALKER
EDWARD T. OVERTON, SR.

FLORENCE KESSLER, OF COUNSEL

\* ALSO ADMITTED IN MISSISSIPPI
\*\* ALSO ADMITTED IN FLORIDA

ATTORNEYS AT LAW

3263 COTTAGE HILL ROAD (36606)
P.O. BOX 16629
MOBILE, ALABAMA 36616-0629

Telephone: [251] 476-4493
Fax: [251] 479-5566

November 27, 2024

Je Yon Jung
May Jung LLP
333 City Blvd. West
Suite 327
Orange, CA 92868
jeyon@mayjung.com

  Re:  Otis French, Sr., as Personal Representative of the Estate of Otis
     French, Jr. vs. City of Bay Minette Police Dept.; Brandon Thompson,
     et al
     AMIC Claim No: 058288AG
     U.S. District Court Civil Action No. 1:24-cv-00265-JB-B
     GWER File No.: 22-1729

Dear Ms. Jung:

  You will be receiving a share file enclosing the body cam and dash cam footage that was submitted in conjunction with our Motion to Dismiss as well as the accompanying metadata for same. In an effort to maintain the integrity of the metadata, additional body cam and dash cam footage is contained in the file. We would ask that the footage is not released pending the Court's ruling on our Motion to Seal.

                   Sincerely, I am

                   ANDREW J. RUTENS
                   For the Firm

ajr/mph

**mhunter gallowayllp.com**

| | |
|---|---|
| **From:** | mhunter gallowayllp.com |
| **Sent:** | Wednesday, November 27, 2024 2:27 PM |
| **To:** | 'Je Yon Jung' |
| **Cc:** | arutens gallowayllp.com; Bre Watson |
| **Subject:** | FW: Test Email |

Good afternoon. The link for the sharefile is included below. The password for the file is French123. Please let me know if you have issues accessing the files.

Thank you,

Melissa Hunter

https://secureshare.us/index.php/s/ivsXokyAP9D62Gx


Melissa P. Hunter
Galloway, Wettermark and Rutens LLP
3263 Cottage Hill Road
P.O. Box 16629
Mobile, AL 36616
Phone: 251-476-4493
Fax: 251-479-5566



1