IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| OTIS FRENCH, SR., as Personal Representative of the Estate of Otis French, Jr.,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF BAY MINETTE, by and through Bay Minette Police Department; BRANDON THOMPSON; et al,<br><br>    Defendants. | CIVIL ACTION NO.:<br>1:24-cv-00265-JB-B |

## DEFENDANTS' AMENDED MOTION TO DISMISS

Come now the Defendants, **The City of Bay Minette** and **Officer Brandon Thompson**, and amend their previously filed Motion to Dismiss by saying as follows: under Federal Rules of Civil Procedure Rules 12(b)(6), the Defendants move to dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted. Office Thompson invokes qualified immunity and State-agent immunity under Ala. Code § 6-5-338. Filed contemporaneously herewith is a Brief in Support of Defendants' Motion.

s/ Melissa P. Hunter
ANDREW J. RUTENS  (RUTEA8549)
arutens@gallowayllp.com

        MELISSA P. HUNTER   (HUNTM3367)
mhunter@gallowayllp.com
LAWRENCE M. WETTERMARK (WETTL2146)
lwettermark@gallowayllp.com
GALLOWAY, WETTERMARK
 & RUTENS, LLP
Post Office Box 16629
Mobile, Alabama  36616-0629
PH: (251)476-4493  -  FX: (251)479-5566
*Attorneys for The City of Bay Minette and Officer Brandon Thompson*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of February, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Je Yon Jung, Esq.

              **s/ Melissa P. Hunter**