**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **OTIS FRENCH, SR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   **CIVIL ACTION NO. 1:24-00265-JB-B** |
| | ) |
| **THE CITY OF BAY MINETTE, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

This action is before the Court on Defendants' Renewed Motion for Leave to Seal Document (Doc. 37) and Defendants' Amended Motion to Dismiss (Doc. 38).  Plaintiff is **ORDERED** to respond to the Defendants' Motions not later than **March 5, 2025.**  Defendants may file a reply to the responses not later than **March 12, 2025**.  The Motions and related documents will be taken under submission on **March 12, 2025.**

    **DONE and ORDERED** this 19th day of February, 2025.

 

                                           /s/ JEFFREY U. BEAVERSTOCK
                                         CHIEF UNITED STATES DISTRICT JUDGE