# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| OTIS FRENCH, SR., as Personal Representative of the Estate of OTIS FRENCH, JR., | ) ) ) ) |
| Plaintiff, | ) CIVIL ACTION NO.: 1:24-cv-00265-JB-B |
| v. | ) ) ) |
| THE CITY OF BAY MINETTE, by and through Bay Minette Police Department; BRANDON THOMPSON; and DOEs 1 through 10, | ) ) ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S CONSENTED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS CITY OF BAY MINETTE and BRANDON THOMPSON's MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT AND MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Comes now, Plaintiff Otis French Sr., as Personal Representative of the Estate of Otis French Jr., by and through undersigned counsel, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, and hereby files this Unopposed Motion for Extension of Time to Respond to Defendants City of Bay Minnette and Brandon Thompson's ("Defendants") Motion to Dismiss Plaintiff's First Amended Complaint and Brief In Support thereof (Dkts. 38, 39) and Renewed Motion for Leave to File Exhibits Under Seal (Dkt. 37). Plaintiff requests an extension of twenty-one (21) days to the Court's current deadlines to respond to each Motion. Accordingly, Plaintiff respectfully seeks an extension to March 26, 2025, to respond to Defendants' Motions and April 5, 2025, for Defendants to Reply thereto. In support of this Motion, Plaintiff states as follows:

1

1. Plaintiff filed his Complaint on July 31, 2024. (Dkt. 1).

2. Defendants filed a Motion to Dismiss Plaintiff's Complaint on August 23, 2024 (Dkt. 17), along with a Motion for Leave to File Exhibits Under Seal (Dkt. 13) (hereafter collectively referred as "Motions").

3. Plaintiff filed his Opposition to Defendants' Motion for Leave to File Documents Under Seal on September 24, 2024. (Dkt. 28).

4. Plaintiff filed his Opposition to Defendants' Motion to Dismiss on October 1, 2024. (Dkt. 30); and Defendants filed a Reply thereto on October 8, 2024. (Dkt. 31).

5. The Court held a hearing on the Defendants' Motions on November 6, 2024.

6. After the hearing, among other things, the Court granted Plaintiff leave to amend the Complaint by February 4, 2025.

7. Plaintiff filed his First Amended Complaint on February 4, 2025. (Dkt. 35).

8. Defendants filed a Renewed Motion for Leave to File Documents Under Seal on February 17, 2025. (Dkt. 37).

9. Defendants filed an Amended Motion to Dismiss on February 18, 2025. (Dkts. 38, 39).

10. Undersigned Plaintiff's counsel is scheduled for an in-person mediation in the District of Columbia involving nine defendants and six plaintiffs on March 4, 2025; as well as multiple Fed. R. Evid. 702 briefings and Motions for Summary Judgment briefing in an MDL in the Northern District of Illinois due throughout February and early March. Defendants' counsel has oral argument before the Alabama Supreme Court on April 2, 2025.

11. Plaintiff respectfully requests a twenty-one (21) day extension of time to respond to Defendants' Motions up through and including March 26, 2025, with Defendants to Reply by April 5, 2025.

12. A timely motion for extension of time "should be liberally granted absent a showing of bad faith or undue prejudice." *See e.g., Lizarazo v. Miami-Dade Corr. & Rehab. Dep't,* 878 F.3d 1008, 1012 (11th Cir. 2017) and Fed. R. Civ. P. 6(b).

13. No party will be prejudiced by the relief requested in this Motion and Plaintiff has not filed this Motion for the purpose of delaying this matter.

14. Defendants consent to Plaintiffs' Motion for Extension of Time.

15. This is Plaintiff's second request for an extension of time.

WHEREFORE, Plaintiff respectfully requests this Court to enter an Order granting the extension of time for Plaintiff to respond to Defendants' Motions up to and including March 26, 2025, and Defendants' Replies up to and including April 5, 2025.

Respectfully submitted,

**MAY JUNG LLP**

*/s/Je Yon Jung*
Je Yon Jung (*pro hac vice*)
333 City Blvd. West
Suite 327
Orange, CA 92868
Tel: (818) 869-6476
Fax: (202) 618-8282
jeyon@mayjung.com
*Counsel for Plaintiff*