UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| OTIS FRENCH, SR., as Personal Representative of the Estate of OTIS FRENCH, JR., <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF BAY MINETTE, by and through Bay Minette Police Department; BRANDON THOMPSON; and DOEs 1 through 10, <br><br> Defendants. | CIVIL ACTION NO.: 1:24-cv-00265-JB-B |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' RENEWED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Comes now, Plaintiff Otis French Sr., as Personal Representative of the Estate of Otis French Jr., by and through undersigned counsel, pursuant to Federal Rules of Procedure 26(c), and hereby responds to Defendants' Renewed Motion for Leave to File Documents Under Seal [Dkt. 37]. Plaintiff states as follows:

On August 23, 2024, Defendants filed a motion requesting this Court to seal and not release for public dissemination the body camera and dash camera footage (collectively referred to as "footage") regarding this above-captioned matter. Defendants alleged that (1) the footage to be produced contains graphic footage of the incident, (2) the general release of the footage may result in an escalation of actions toward Officer Thompson and others involved, (3) social media surrounding the incident has been both disturbing and dangerous, (4) release of the footage will only intensify a "toxic brew of vitriol" and hate posing a real threat to Defendants

1

and family, and (5) the sensitive nature of the footage and respect for the parties involved are sufficient grounds for sealing these documents. On February 17, 2025, Defendants filed a Renewed Motion for Leave to File Exhibits Under Seal and adopted and incorporated their previously filed Motion and Reply [Dkts. 13, 29].

On or about March 9, 2025, undersigned counsel was informed by various media outlets about the first leak and disclosure of the footage related to the shooting death of Otis French, Jr. on the website, YouTube: https://www.youtube.com/@OtisFrenchVideo. (Jung Decl. ¶ 4-5, Ex. A). On March 10, 2025, undersigned counsel reached out to Defendants' counsel to inform him that Plaintiff was not responsible for the leak and to seek cooperation in notifying the Court regarding the unauthorized disclosure. (Jung Decl. ¶ 10, Ex. B). To date, Plaintiff has not received a response from Defendants' counsel. (*Id.* ¶ 12.)

Since the initial disclosure, several additional websites have posted the same or related footage: https://www.youtube.com/watch?v=s85eHW3P260; and https://www.youtube.com/watch?v=8Nt71W72jJA, for example. In addition, several news outlets have run stories related to the leaks, including one story that indicates that defendants' court documents contained the password for access: https://1819news.com/news/item/person-who-released-otis-french-jr.-death-videos-says-court-documents-contained-password-for-access.

While Plaintiff opposed Defendants' Motions to seal in favor of transparency and the public's right to know, Plaintiff respected and followed the directives of the Court to maintain temporary seal of the videos until the Court ruled on Defendants' motions. To that end, undersigned counsel maintained limited access to the footage and did not disclose the footage to her Plaintiff clients or anyone else. (Jung Decl. ¶ 7-9). Plaintiff notes that the initial leaked footage on YouTube posted that the officer was "cleared by a grand jury"—a fact Plaintiff noted

in its Amended Complaint to be based on bias and erroneous standards, as well as irrelevant to the determination of Otis French, Jr.'s constitutional and civil rights violations. [*See* Dkt. 35, Plaintiff's First Amended Complaint ¶164-176]. After Plaintiff demanded an investigation into the leak, that same posting later added: "NOTE: THESE VIDEOS WERE ACCESSED VIA PUBLIC DOCUMENTS" and also belatedly added: "Please consider donating to the OJ French Memorial Foundation: https://www.facebook.com/profile.php?id=100091823839897."

Based on the unauthorized leak and multiple posting of the footage to public websites, defendants' motion to seal the footage is now moot.

DATED: March 26, 2025						Respectfully submitted,

*/s/ Je Yon Jung*
Je Yon Jung (admitted *pro hac vice*)
MAY JUNG LLP
333 City Blvd. W
Ste 327
Orange, CA 92686
jeyon@mayjung.com
Tel: (818) 869-6476
Fax: (202) 618-8282