UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| OTIS FRENCH, SR., as Personal Representative of the Estate of OTIS FRENCH, JR., | ) ) ) ) |
| Plaintiff, | ) CIVIL ACTION NO.: 1:24-cv-00265-JB-B |
| v. | ) ) ) |
| THE CITY OF BAY MINETTE, by and through Bay Minette Police Department; BRANDON THOMPSON; and DOEs 1 through 10, | ) ) ) ) ) |
| Defendants. | ) ) |

**DECLARATION OF ATTORNEY JE YON JUNG IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' RENEWED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

I, Je Yon Jung, hereby declare and state as follows:

1. My name is Je Yon Jung. I am over the age of 18 years old and of sound mind. I have personal knowledge of the facts in this declaration, which are true and correct.

2. I am an attorney barred in the District of Columbia and California, and was admitted to practice *pro hac vice* in this Court on August 1, 2024.

3. The facts set forth herein are based on my personal knowledge or information made known to me in the course of my official duties and responsibilities as Plaintiff's counsel.

4. Beginning on March 9, 2025, I was contacted by a number of media outlets seeking comment on the leaked footage related to the shooting of Otis French, Jr.

1

5. For example, a reporter from WKRG-TV News 5 sent me an email seeking a comment regarding "the posting of the Otis French Body Camera video." A true and correct copy of that email correspondence is attached hereto as **Exhibit A.**

6. I immediately contacted the staff at my firm to confirm that they were not responsible for the release of the videos.

7. The only staff at my firm who had access to my videos were myself and my paralegal, Jaeun Wakeling ("Ms. Wakeling").

8. Further, my client, the Plaintiff in this case and his associates, could not have been responsible for the release of the videos, because they did not have access to the videos at any time.

9. Plaintiff nor Plaintiff's counsel was responsible for the release of the videos.

10. On March 10, 2025, I contacted counsel for Defendants to inform him that Plaintiff was not responsible for the release of the videos and to seek cooperation in notifying the Court regarding the unauthorized disclosure.

11. A true and correct copy of that email correspondence is attached hereto as **Exhibit B.**

12. To date, I have not received any response from counsel for Defendants regarding the release of the videos.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 26, 2025                    Respectfully submitted,

                                                                  */s/ Je Yon Jung*
                                                                  Je Yon Jung
                                                                  *Counsel for Plaintiff*