# EXHIBIT A

 Outlook

Comment on Otis French body camera video?

**From** Chad Petri <CPetri@wkrg.com>
**Date** Sun 3/9/2025 6:50 AM
**To** Je Yon Jung <jeyon@mayjung.com>; Jaeun Wakeling <Jaeun@mayjung.com>

Some people who received this message don't often get email from cpetri@wkrg.com. Learn why this is important

Hello!  Would anyone from the firm be able to comment either in person, zoom or written statement regarding the posting of the Otis French Body Camera video?

https://www.youtube.com/@OtisFrenchVideo



### OtisFrench Video

Otis French Jr. was shot and killed by Officer Brandon Thompson of the Bay Minette Police Department in Alabama on August 20, 2022. Thompson was later cleared by a grand jury after evidence showed French obtained Thompson's taser during a physical struggle. But French's family filed a civil rights lawsuit in 2024, claiming the traffic

www.youtube.com

Chad Petri
Anchor/Reporter
WKRG-TV News 5
cpetri@wkrg.com
251-442-4906 Cell
251-662-3005 Office
www.WKRG.com

    

WKRG is a Nexstar Media, Inc. Television Station  NASDAQ:NXST

   WKRG/WFNA does not discriminate in advertising contracts on the basis of race, ethnicity or gender and further requires that in the performance of all WKRG/WFNA advertising agreements, WKRG/WFNA requires that each party not discriminate on the basis of race or ethnicity.

   This e-mail and any files transmitted with it are the property of Nexstar Media Inc., are confidential, and are intended solely for the use of the individual or entity to whom this email is addressed and/or as indicated in the applicable file. If you are not one of the named recipient(s) or otherwise have reason to believe that you

have received this message in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.