# EXHIBIT B

Outlook

## French BWC

**From** Je Yon Jung <jeyon@mayjung.com>
**Date** Mon 3/10/2025 6:54 AM
**To** arutens gallowayllp.com <arutens@gallowayllp.com>; mhunter gallowayllp.com <mhunter@gallowayllp.com>
**Cc** Jaeun Wakeling <Jaeun@mayjung.com>

Andrew and Michelle

I was contact this weekend by local press regarding the disclosure and posting of the French bwc videos on a youtube cite.

https://www.youtube.com/@OtisFrenchVideo



OtisFrench Video

Otis French Jr. was shot and killed by Officer Brandon Thompson of the Bay Minette Police Department in Alabama on August 20, 2022. Thompson was later cleared by a grand jury after evidence showed French obtained Thompson's taser during a physical struggle. But French's family filed a civil rights lawsuit in 2024, claiming the traffic

www.youtube.com

It was not disclosed by plaintiff as nobody on plaintiff's side had access to the videos except for me. The court should be notified of this unauthorized disclosure. Please advise as to how you would like to proceed.

Thank you,

Je Yon

**Je Yon Jung**
(She,her,hers)
**Founding Partner**
**May | Jung, LLP**

333 City Blvd. West
Suite 327
Orange, CA 92868

202-618-8282 (fax)

📞 818-869-6476 (direct)

✉ Jeyon@mayjung.com

🖱 www.mayjung.com



*"Justice for our people is personal!"*



CONFIDENTIALITY NOTICE:

*The contents of this email message and any attachments are from a law firm and intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited. Finally, the recipient should check this email and any attachments for the presence of viruses. The firm accepts no liability for any damage or loss caused by any virus transmitted by this email.*