IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| OTIS FRENCH, SR., as Personal Representative of the Estate of Otis French, Jr., <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF BAY MINETTE, by and through Bay Minette Police Department; BRANDON THOMPSON; et al, <br><br> Defendants. | CIVIL ACTION NO.: 1:24-cv-00265-JB-B |

**DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO RENEWED MOTION TO FILE UNDER SEAL**

Come now the Defendants, City of Bay Minette and Officer Brandon Thompson, by and through undersigned counsel, and submit the following Reply to Plaintiff's Response to Defendants' Renewed Motion to File Under Seal:

On February 17, 2025, Defendants filed a Renewed Motion for Leave to File Exhibits Under Seal with regard to Exhibits 1, 2, and 3 of Defendants' Amended Motion to Dismiss. (Doc. 37). In support thereof, Defendants adopted their previously filed Motion and Reply. (Docs. 13, 29). In those motions, Defendants argued that based on the sensitive and graphic nature of the footage, hostile threats and comments made toward Officer Thompson, and the potential that release of the footage could compromise the Defendants' right to a fair and impartial trial, it was appropriate to seal the footage. (Docs. 13, 29). On September 24, 2024, the Plaintiff

filed their opposition to the motion to file under seal. (Doc. 28).

On March 7, 2025, undersigned counsel was made aware that the body cam footage that was the subject of the Motion to File Under Seal had been posted to a YouTube page, and that Links to that page had been forwarded to several media outlets. An investigation seeking to locate the source of the video release was immediately undertaken. It has been determined that no one affiliated with defense counsel, nor anyone with the City of Bay Minette or Officer Thompson was involved with the release. According to media accounts, an anonymous source claims to have accessed the video by way of an exhibit that was attached to the parties' Joint Status Report which was developed by the parties and electronically filed by the Plaintiff on January 2, 2025. (Doc. 34). The inclusion of the access information on the exhibit to the Joint Status Report was unintentional.

The Defendants rely on their previous motion and renewed motion to file under seal for appropriate action by this Honorable Court.

Respectfully submitted:

**s/Andrew J. Rutens**
ANDREW J. RUTENS  (RUTEA8549)
arutens@gallowayllp.com
MELISSA P. HUNTER   (HUNTM3367)
mhunter@gallowayllp.com
LAWRENCE M. WETTERMARK
(WETTL2146)
lwettermark@gallowayllp.com
GALLOWAY, WETTERMARK
   & RUTENS, LLP
Post Office Box 16629
Mobile, Alabama  36616-0629
PH: (251)476-4493

FX: (251)479-5566
*Attorneys for The City of Bay Minette and Officer Brandon Thompson*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of March, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Je Yon Jung, Esq.

and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:

None.

**s/Andrew J. Rutens**