IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| OTIS FRENCH, SR., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 1:24-00265-JB-B |
| | ) |
| THE CITY OF BAY MINETTE, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

    This matter is before the Court on Defendants' Renewed Motion for Leave to Seal Document (Doc. 37). The Court conducted a hearing on April 30, 2025, at which counsel for Plaintiff and Defendants appeared and argued. Upon due consideration of the filings and the oral arguments of the parties, and for the reasons stated on the record at the hearing, Defendants' Renewed Motion for Leave to Seal Document (Doc. 37) has been WITHDRAWN by Defendants.

    **DONE and ORDERED** this 19th day of May 2025.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE