IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

OTIS FRENCH, SR., as Personal
Representative of the Estate of Otis
French, Jr.,

     Plaintiff,

v.

THE CITY OF BAY MINETTE, by
and through Bay Minette Police
Department; BRANDON
THOMPSON; et al,

     Defendants.

CIVIL ACTION NO.:  1:24-cv-00265-JB-B

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

COME NOW Otis French, Sr., the City of Bay Minette, and Officer Brandon Thompson, by and through undersigned counsel, and move this Honorable Court for the entry of a protective order in this case.  The parties anticipate that documents and files may be exchanged during the course of this case which may contain sensitive materials, including documents that contain social security numbers, dates of birth, personnel records, medical information and/or other confidential or privacy protected information. The parties agree that a protective order is appropriate in this action to allow for the exchange of documents and other materials that are of a private nature during discovery; however, the parties have not been able to reach an agreement as to the production of medical records. Attached as Exhibit A to this motion is a proposed protective order containing both

the Plaintiff's and Defendants' proposal as it concerns the production of medical records.

WHEREFORE, premises considered, the parties move this Honorable Court for entry of a protective order in this matter.

s/Melissa P. Hunter
ANDREW J. RUTENS  (RUTEA8549)
arutens@gallowayllp.com
MELISSA P. HUNTER   (HUNTM3367)
mhunter@gallowayllp.com
LAWRENCE M. WETTERMARK
(WETTL2146)
lwettermark@gallowayllp.com
GALLOWAY, WETTERMARK
     & RUTENS, LLP
Post Office Box 16629
Mobile, Alabama  36616-0629
PH: (251)476-4493
FX: (251)479-5566
*Attorneys for The City of Bay Minette and
Officer Brandon Thompson*

*with permission*

*/s/ Je Yon Jung*
MAY JUNG LLP
Je Yon Jung (*pro hac vice*)
333 City Blvd. West
Suite 327
Orange, CA 92868
Tel: (818) 869-6476
Fax: (202) 618-8282
jeyon@mayjung.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of July, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Je Yon Jung, Esq.

and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:

None.

s/Melissa P. Hunter